NUMBER
13-11-00379-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

BRUCE CALLAWAY,                                                                   Appellant,

 

                                                             v.

 

BELINDA LONGORIA AND
ROSS LONGORIA,                      Appellees. 

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 5

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

             Before Chief Justice Valdez and Justices Rodriguez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Bruce Callaway, perfected an appeal from a judgment entered by the County Court
at Law No. 5 of Nueces County, Texas, in cause number 09-62132.  Appellant has
filed a motion to dismiss the appeal on grounds that the parties have settled
the case.  Appellant requests that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that the
motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER CURIAM

Delivered and filed the

28th day of July, 2011.